# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-09-00170-CR

**Everado Rodriguez, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 147TH JUDICIAL DISTRICT
### NO. D-1-DC-07-205910, HONORABLE WILFORD FLOWERS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Everado Rodriguez seeks to appeal a judgment of conviction for failing to stop and render aid.  The trial court has certified that: (1) this is a plea bargain case and Rodriguez has no right of appeal, and (2) Rodriguez waived the right of appeal.  The appeal is dismissed.  *See* Tex. R. App. P. 25.2(a)(2), (d).

_____

Jan P. Patterson, Justice

Before Justices Patterson, Pemberton and Waldrop

Dismissed for Want of Jurisdiction

Filed:   April 16, 2009

Do Not Publish